PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

United States Courts
Southern District of Texas
FILED
SEP 10 2019
David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF TEXAS

__HOUSTON__ DIVISION

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| JACKIE WORN SPEED | T.D.C.J. PACK ONETRUSTY CAMP |
| **PETITIONER** (Full name of Petitioner) | **CURRENT PLACE OF CONFINEMENT** |
| vs. | 1734817 |
| TEX. BOARD OF PARDONS AND PAROLES BOARD MEMBERS, ELVIS HIGHTOWER, TROY FOX, ED ROBERTSON, AND MARSH MOBERLY | **PRISONER ID NUMBER** |
| | 10537-A |
| **RESPONDENT** (Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner) | **CASE NUMBER** (Supplied by the District Court Clerk) |

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- ☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- ☐ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- ☐ A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- ☒ Other: .DENIED MAND.SUPV.AFTER100% (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

    316 DISTRICT COURT OF HUTCHINSON COUNTY, TEXAS

2. Date of judgment of conviction: 24Th day of April, 2012

3. Length of sentence: D.W.I. 11 years, April 21, 2012

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: 10537-A

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty  ☒ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury  ☒ Judge Only

7. Did you testify at trial?  ☐ Yes  ☒ No

8. Did you appeal the judgment of conviction?  ☐ Yes  ☒ No

9. If you did appeal, in what appellate court did you file your direct appeal? __None__

   __None__  Cause Number (if known): __None__

   What was the result of your direct appeal (affirmed, modified or reversed)? __None__

   What was the date of that decision? __None__

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: __None__

   Result: __None__

   Date of result: __None__  Cause Number (if known): __None__

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: __None__

   Date of result: __None__

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: 316 District Court of Hutchinson, County, Texas

    Nature of proceeding: DENIED MAND.SUPV.AFTER ACCRUING 100% of SENTENCE.

    Cause number (if known): 10537 - A.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

*Jackie Warn Speed*
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on August 27, 2019 (month, day, year).

Executed (signed) on August 27, 2019 (date).

*Jackie Warn Speed*
Signature of Petitioner (required)

Petitioner's current address: PACK ONE TRUSTY CAMP 24oo Wallace Pack Rd. NAVASOTA, TEXAS 77868

—10—